O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL HERWICK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>THE SKIN AGENCY, A PROFESSIONAL CORPORATION,<br><br>Defendant. | Case No.: 2:26-CV-02855-MEMF-SSC<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS AND MOTION TO COMPEL ARBITRATION AND SCHEDULING CONFERENCE [ECF NO. 42]**<br><br>**[NOTE CHANGES MADE BY THE COURT]** |

Before the Court is the Joint Stipulation to Continue Hearing on Motion to Dismiss and Motion to Compel Arbitration and Scheduling Conference, EFC No. 42, filed by Plaintiff.

Having found good cause, the Court hereby GRANTS the Stipulation. Accordingly, the Court ORDERS that:

1. The hearing on Defendant's Motion to Compel Arbitration, EFC No. 32, and Motion to Dismiss, EFC No. 33, is continued from November 5, 2026, at 10:00 AM, to December 11, 2026, at 1:30 PM.
2. The Scheduling Conference set for November 12, 2026, at 10:00 AM, EFC No. 34, is continued to December 10, 2026, at 10:00 AM.

3. The hearing set for November 5, 2026, at 10:00 AM, and the scheduling conference set for November 12, 2026, at 10:00 AM, are vacated.

IT IS SO ORDERED.

Dated: October 23, 2026

WESLEY L. HSU
United States District Judge